PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE _____ DISTRICT OF TEXAS**
**_____ DIVISION**

September 22, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **ad** _____
DEPUTY

Rickey McGee 2173658
Plaintiff's Name and ID Number

Ferguson Unit
Place of Confinement

CASE NO. 6:23 cv 684
(Clerk will assign the number)

v.

Warden Mitchell
Defendant's Name and Address

Warden Marshall
Defendant's Name and Address

Captain Brennan
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."    *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

    B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

       1. Approximate date of filing lawsuit: _____

       2. Parties to previous lawsuit:

          Plaintiff(s) _____

          Defendant(s) _____

       3. Court: (If federal, name the district; if state, name the county.) _____

       4. Cause number: _____

       5. Name of judge to whom case was assigned: _____

       6. Disposition: (Was the case dismissed, appealed, still pending?) _____

       7. Approximate date of disposition: _____

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: _Ferguson Unit_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?          ___/ YES  ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Rickey McGee_
_12120 Savage Dr._
_Midway Tx 75852_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Warden Marshall - Warden Mitchell_
_Michael Unit_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Fail to protect/intervene/supervise - deliberate indifference_

Defendant #2: _Captain Brennan   - Lt. K. Foust_
_Michael Unit_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Excessive Force /sex assault -conspiracy -retaliation - delib.indiff._

Defendant #3: _Lt. Lakin   - SGT. Johnnie Ruthledge_
_Michael Unit_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_deliberate indifference - retaliation - fail to intervine-consp._

Defendant #4: _Officer Smith (Office of Inspector General)_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Fail to protect/intervene - conspiracy - deliberate indiffer_

Defendant #5: _Medical Aide Esa_
_Michael Unit_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_deliberate indifference_

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

_SEE ATTACHMENT IN_

_SUPPORT_

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

_compensatory and punitive damages_

VII.    GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

_Rickey Lecardo McGee_

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

_25974-177  - 165403 - 739569_

VIII.    SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____

2.  Case number: _____

3.  Approximate date sanctions were imposed: _____

4.  Have the sanctions been lifted or otherwise satisfied?         ____YES ____NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?        ____ YES    ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date warning was issued: _____

Executed on: 9|1|23
               DATE

_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____7_____ day of ___September___, 20 _23_.
              (Day)                        (month)                (year)

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

Each defendant is sued individually and in his official capacity. At all times mentioned in this complaint, Each defendant acted under the color of state law.

# FACTS

1. There was a conspiracy among officials working within T.D.C.J, namely at the Michael Unit to violate plantiffs constitutional rights.

2. On June 6. 2023 plantiff was ordered to strip out for search, handcuffed in order to speak with Capt. Brennan concerning a complaint filed with PREA Ombudsman.

3. Upon arrival to office escorting officer was told to leave by Lt. K. Foust.

4. Present also was SGT. Rathledge and Capt. Brennan

5. Lt. Foust stated: "sit down". Foust was visibly angry.

6. When plantiff did not react fast enough Foust pushed plantiff (still handcuffed) into a chair. Foust for no reason slapped plantiff in the face.

7. Defendant Foust pushed plantiff to the floor and placed his knee into the back of plantiffs neck.

8. This caused plantiff to loose consciousness.

9. Plantiff was awakened to being kicked in the stomach and genitals. by defendant Brennan

10. Defendant Brennan stated: "If I get anymore PREA complaints I promise next time you wont leave out alive"

11. Defendant Foust then sat plantiff in chair and spit in his face stating: "Bitch I can fuck you over anytime. I can have a team come in and stick a broom up your ass".

12. Defendant Brennan stated: "We know all about your bullshit lawsuits you file. We know all about you and Mrs. Boykin."

13. Defendant Brennan when mentioning Mrs. Boykin is referring to a incident with a Officer Boykin where plantiff assaulted this Officer. A detailed account could be read in civil complaint number 6:22-cv-00380 which is pending

14. Plantiff at this time is bleeding from the mouth and delirious. Plantiff asked for medical attention which was denied.

15. Defendant Brennan stated that plantiff needed to "heal up".

16. Plantiff was taken to a holding cage between E and F pod hallway.

17. Defendant Foust ordered plantiff to "strip".

18. Plantiff mentioned that he'd already been stripped searched prior to exiting cell in which defendant Brennan stated something to the effect: "Either you show us your asshole or we gas you and then look up there ourselves. The hard way".

19. Out of fear plantiff removed his clothing and submitted to a strip search.

20. Both defendant's were laughing when they told

21

plantiff to "bend over and hold in that position."

21. Defendants did that multiple times. During this time other T.D.C.J officials are walking by including women making derogatory comments.

22. Defendants Brennan and Foust went inside the Lts Office where Ruthledge was. They were talking and laughing. They ordered SGT. Akinode in retaliation to cell search

23. At around 11:30 am plantiff spoke with a black male around the age of 35 with a trim beard who identified himself as Officer Smith of Office of Inspector General.

24. Plantiff told defendant Smith of the assault with Foust and Brennan. Plantiff showed him his busted lip. The marks from handcuffs. The swollen finger. Plantiff asked for medical attention.

25. Defendant Smith with a non-chalant attitude stated: "I really didnt want to hear this."

26. Defendant then went into the Office with Foust Ruthledge, Brennan. He stayed in the Office for approximately 10 minutes.

27. Upon Exit plantiff asked defendant Smith about seeing medical in which he replied: "They are going to take care medical for you."

28. Minutes later defendant Brennan exited the Office.

29. Maybe a hour or so later plantiff spoke with Warden Mitchell and told him about the use of force. Defendant refused to come closer in order to see

the visible injuries. Defendant stated: "Right now I am busy checking temperature. I'll get you medical."

30. Hours later plaintiff was told by Lt. Foust that he were to be moved to Special Observation Status (S.O.S) This would entitle plaintiff to be re-housed in a cell naked with constant observation.

31. Plaintiff asked Foust why he were being placed on this status in which he replied: "I'll ask Mrs. Boyked."

32. Plaintiff refused this re-housing, in which defendant Ruthledge and other officers began making threats of physical harm. Ruthledge had a gas canister threatening to "gas your ass".

33. Plaintiff was placed in a cell which was covered in feces, blood and gas. Plaintiff's toilet was overflow with human waste and his sink and toilet water was either turned off or inoperable.

34. Plaintiff was stripped of clothing. Was not given any property. No mattress. Plaintiff's cell was extremely cold. Plaintiff had to utilize the toilet already full of waste. Plaintiff was denied water, food and tissue. Plaintiff was not allowed to shower. Plaintiff stayed in these conditions for seven days. Multiple officers in denying these life's necessities stated "per Captains orders".

35. On or about the date June 9. 2023 defendant Lisa medical aide was making medical rounds. Plaintiff showed the defendant the conditions he was living

4)

in. Showed the defendant the injuries from the use of force. Told defendant of the continued urinating of blood.

36. Defendant Esa responded: "There is nothing I can do. You are on S.O.S."

37. On June 13. 2023 plaintiff spoke with defendant Lakin concerning getting medical treatment. This request was denied. Defendant stated: "You know you brought all this on yourself. Keep your hands off women and you will be fine".

38. Plaintiff asked defendant Lakin what women he were referring to in which he replied: "Stop acting dumb. You know exactly who I'm and what I'm talking about. Everybody knows about you and C.O Boykin.

39. Plaintiff was released from S.O.S and assigned to cell 38 on C-pod. Upon hearing of this Lt. Foust approached plaintiff's cell and stated: "Now bitch you going to F-pod. There I can get your bitch ass shit down."

40. Defendant Foust changed plaintiff move from C-38 To F-58. This move placed plaintiff into a less desirerable part of the prison where inmates were flooding. starting fires and throwing bodily waste on one another.

41. On June 23. 2023 while plaintiff was housed in F-pod 58 cell Defendant Foust stated to two O.J.T females: "That motherfucker in 58 is a snitch and child molester. All I need is an excuse to bust his ass." He further began to encourage other inmates to harm plaintiff by stating: "Anyone of you who bust this bitch ass child molester in his ass I got something for

you. I give you my word."

42. These comments by defendant Foust resulted in plaintiff being labeled a snitch and child molester. Multiple inmates made threats and attempts to harm plaintiff. Both he and Brennan wrote false disciplinary infractions in order to cover up their actions.

## LEGAL CLAIMS

43. Defendant Warden Marshall failed to protect - train supervise - discipline his subordinate Captain Brennan. He was aware of Brennan's previous abuse of other prisoner's in custody. He was deliberate indifferent to constitutional rights. Brennan was notorious for abusing prisoners with excessive force. Despite prior history defendant Marshall promoted him to Captain. But for this promotion Brennan would not have investigated PREA complaint nor would he have had the authority to place plaintiff on S.O.S status and order plaintiff in inhumane conditions.

44. Defendant Marshall actions - inactions - violated plaintiff's constitutional rights under the First, Fifth, Eighth and Fourteenths resulting in physical pain and continued pain, mental and emotional distress.

45. Defendant Warden Mitchell failed to protect - supervise and was deliberately indifferent to plaintiff's rights to medical. Defendant failed to intervene when he knew that plaintiff was reporting a use of force. Had he intervened plaintiff would not have been subjected to the inhumane conditions. Failed to provide medical.

46. Defendants actions - inactions - was violative of plaintiff's rights under the Constitution First, Fourth, Fifth, Eighth and Fourteenth Amendment and caused plaintiff physical pain and mental / emotional distress.

47. Defendant Brennan used excessive force by kicking plaintiff in his genitals when he was not violating any prison rule. This sexual assault was in retaliation for a previous assault on a fellow prison official and filing of a PREA complaint with the Ombudsman. Defendant along with Ruthledge, Smith, Lakin, Foust conspired to violate plaintiffs right to be free from excessive force, retaliation, inhumane conditions and medical attention. Defendant subjected plaintiff to an unreasonable search. This search was for purposes of harassment. This search was conducted in a open cage in a busy hallway where plaintiff was observed by not only male and female guards but also by male and female contract workers. Defendant knew that plaintiff had already been stripped searched prior to exiting his cell as per policy.

48. Defendant Brennan actions violated plaintiffs rights under the First, Fourth, Fifth, Eighth and Fourteenth Amendments to U.S. Constitution and caused plaintiff pain, suffering, physical, injury, emotional distress.

49. Defendant K. Foust used excessive force by pushing plaintiff, slapping plaintiff in the face. Defendant placed knee into plaintiffs neck as he laid face down causing him to loose conciousness. This force was unreported and in retaliation for a previous assault on officer and filing a PREA complaint. In order to cover up this act he along with Brennan, Ruthledge, Smith,

7).

Lakin conspired to violate plantiff's right to be free
from excessive force. retaliation, inhumane cond-
itions and medical attention. Defendant subjected
plantiff to an unreasonable search. This search was
for purposes to humliate and harass. This search was
conducted in a open cage, a busy hallway where
plantiff was observed by not only male and female
guards but also by male and female contract workers
Defendant knew that plantiff had already been stripped
searched prior to exiting his cell as per policy.
50. Defendant Foust actions violated plantiff rights
under the First, Fourth, Fifth, Eighth and Fourteenth
amendment to the U.S. Constitution and caused pain,
suffering, physical injury and emotional distress.
51. Defendant Ruthledge failed to intervene when she
observed plantiff being assaulted in retaliation for
filing of PREA complaint. She failed to intervene when
plantiff was forced to strip search for a second time,
and was placed in inhumane conditions which she was
aware of. Instead she conspired with Foust. Lakin.
Smith, Brennan to violate plantiffs rights, including but
not limited to medical care.
52. Defendant Ruthledge actions -inactions- violated
plantiffs rights under the First, Fourth, Fifth, Eighth
Fourteenth Amendment to U.S. Constitution and caused
plantiff pain, suffering, physical injury and emotional
distress.
53. Defendant Lakin conspired with Smith, Ruthledge,
Brennan, Foust to violated his right to be free from
retaliation and was deliberately indifferent to plantiffs

medical need. He was aware of the circumstances that
caused the actions of his co-defendants but did nothing.

54. Defendant's actions - inactions - violated plaintiffs
rights under the First, Fourth, Fifth, Eighth, Fourteenth
Amendment to the U.S. Constitution and caused plaintiff
physical pain, suffering, physical injury and emotio-
nal distress.

55. Defendant Smith failed to protect/intervene when
he was fully aware that a use of force had occurred
which had been unreported. Instead he went into
the office where his co-defendants were and cons-
pired to cover up the incident. Defendant was fully
aware of the facts which led up to the assault by
T.D.C.J officials. He was fully aware of the inj-
uries as shown. Despite this knowledge he did no-
thing. Not even medical attention.

56. Defendants actions - inactions - violated plaintiff's
rights under the First, Fourth, Fifth, Eighth, Fourt
eenth Amendment to the U.S. Constitution and caused
plaintiff pain, suffering, physical injury and emoti-
onal distress

57. Defendant Esa failed as a Medical profession to
provide plaintiff medical attention. He was fully awa-
re of plaintiff's injuries including but not limited to
his lose of conciousness and urinating of blood.
Defendant didnt even as much as give plaintiff a
cursory examination.

58. Defendants actions - inactions - violated plaintiff's
rights under the First, Fourth, Fifth, Eighth, Four

teenth Amendment to the U.S. Constitution and caused plaintiff pain, suffering, physical injury and emotional distress.

## PRAYER FOR RELIEF

Wherefore, plaintiff respectfully pray that this court enter judgement:

59. Granting plaintiff a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States, and

60. Granting plaintiff compensatory damages in the amount of $250,000 against defendants Mitchell and Marshall jointly and severally,

61. Granting plaintiff punitive damages in the amount of $250,000 against defendants Mitchell and Marshall jointly and severally.

62. Granting plaintiff compensatory damages in the amount of $200,000 against defendants Foust and Brennan jointly and severally

63. Granting plaintiff punitive damages in the amount of $200,000 against Foust and Brennan jointly and severally

64. Granting plaintiff compensatory damages in the amount of $100,000 against defendants Lakin, Smith, Ruthledge jointly and severally

65. Granting plaintiff punitive damages in the amount $100,000 against Lakin, Smith, Ruthledge jointly

and severally.

66. Granting plaintiff compensatory damages in the amount of $50.000 against Esa. $50.000 punitive

67. Plaintiff seek jury trial on all issues triable

68. Plaintiff seeks recovery of cost in suit and

69 any additional relief this court deems just. proper, and equitable.


dated: September 7.2023


Rickey McGee